```
            IN THE UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF ARKANSAS
                    FAYETTEVILLE DIVISION
```

CODY SANDERS                                                PLAINTIFF

      v.            Civil No. 12-5089

DEPUTY GAVERT; DEPUTY THOMPSON;
DEPUTY CHAMBERS; and
SERGEANT GULLY                                             DEFENDANTS


### O R D E R

Before the Court is the **Report and Recommendation of the Magistrate Judge** (document #6), filed on July 3, 2012, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #6) is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Magistrate Judge's Report and Recommendation, this case is **dismissed with prejudice.**

IT IS SO ORDERED.

                                            /s/ Jimm Larry Hendren
                                            JIMM LARRY HENDREN
                                            UNITED STATES DISTRICT JUDGE